IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Karen S. Hull – #176063

　　　　　　　　　　　　　　　　　　　　　／

No. C 13-80139 WHA

**ORDER OF SUSPENSION**

Because Karen S. Hull has failed to respond to the order to show cause, Ms. Hull's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE